## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HYUNDAI STEEL CO., <br>    *Plaintiff*, <br> v. <br> UNITED STATES, <br>    *Defendant*, <br> and <br> NUCOR CORPORATION, <br>    *Defendant-Intervenor*. | Ct. No. 21-00304 <br><br> Before: M. Miller Baker, Judge |

## ORDER

This matter is before the court on the government's motion for voluntary remand (ECF 25). Plaintiff consents to the relief sought and Defendant-Intervenor takes no position. Accordingly, it is hereby

**ORDERED** that the government's motion for voluntary remand is **GRANTED**; it is further

**ORDERED** that this matter is remanded to the Department of Commerce for the Department to reconsider or further explain its decision to countervail the reduction for sewerage fees program for Plaintiff; it is further

**ORDERED** that the current briefing schedule in this matter (ECF 24) is **VACATED** pending the remand results; it is further

**ORDERED** that the government shall file a remand determination no later than 90 days of the date of this order; it is further

**ORDERED** that the government shall file the administrative record no later than 14 days after filing the remand results; it is further

**ORDERED** that the parties will propose a new briefing schedule within 14 days after the government files the administrative record; and it is further

**ORDERED** that the provisions of the order (ECF 14) respecting document formatting and joint appendix preparation entered on July 28, 2021, will continue to apply to all post-remand filings with the exception of the remand determination and the administrative record.

Dated:  January 11, 2022     <u>/s/ *M. Miller Baker*</u>
     New York, New York     M. Miller Baker, Judge