## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HYUNDAI STEEL COMPANY,<br>    *Plaintiffs*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>NUCOR CORPORATION,<br>    *Defendant-Intervenors*. | Ct. No. 21-00304<br><br>Before: M. Miller Baker, Judge |

## JUDGMENT

The court sustains the Department of Commerce's unchallenged remand redetermination (ECF 57).

Dated:    February 20, 2024          /s/ *M. Miller Baker*
                New York, New York         M. Miller Baker, Judge